UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 8:04-cr-595-T-26TGW

AMANDA ALEXANDER
_____/

## ORDER CONTINUING DEFENDANT ON SUPERVISED RELEASE

THIS CAUSE is before the Court on this 1st day of February, 2008, on a Petition to Revoke Supervised Release. The Defendant, Amanda Alexander, appeared with Counsel, Assistant Federal Public Defender Mary Mills, and Tonya Shotwell, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the allegations in the Petition for Revocation of Supervised Release. Based on the defendant's admission to the allegations in the Petition for Revocation of Supervised Release, the Court finds that defendant has violated the terms of the Order of Supervised Release entered on May 21, 2005..

It is, therefore, **ORDERED AND ADJUDGED:**

1. The Order of Supervised Release entered herein as to the above named defendant is hereby **REINSTATED** with the following additional conditions:

    a. The defendant, **Amanda Alexander**, shall pay $50 per months toward restitution;

    b. The defendant, Amanda Alexander, shall participate as directed in a program of mental health treatment approved by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance

Abuse Treatment Services. During and upon the completion of this program, the defendant is directed to submit to random drug testing.

2. All other conditions of Supervised Release shall remain under the same terms and conditions.

DONE AND ORDERED at Tampa, Florida this _____ day of February, 2008.

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

Copies:
- U.S. Attorney's Office
- Defense Counsel
- U.S. Marshal
- U.S. Probation